**No. 11-6199. James Dwight Lewis, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 433, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7145.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6202. Jose David Portillo-Lopez, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 434, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7200.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 443 Fed. Appx. 239.

**No. 11-6207. Joseph Nestor Michel, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 434, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7185.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 430 Fed. Appx. 838.

**No. 11-6210. Carlos Flores Lopez, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 434, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7177.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 739.

**No. 11-6211. Shelly Wayne Martin, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 434, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7146.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 174.

**No. 11-6212. Jerron Johns, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 434, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7197.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 435 Fed. Appx. 628.

**No. 11-6213. Javier Martinez-Sosa, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 435, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7152.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 284.

**No. 11-6215. Eusebio Sierra-Ledesma, Petitioner v. United States.**

565 U.S. 956, 132 S. Ct. 435, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7228.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 645 F.3d 1213.

**No. 11-6216. Edward Katsuaki Shigemura, Petitioner v. United States.**

565 U.S. 957, 132 S. Ct. 435, 181 L. Ed. 2d 282, 2011 U.S. LEXIS 7234.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 653 F.3d 1206.